UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JESUS ANTONIO DIAZ-FLORES,<br><br>                  Defendant. | Case No. 2:15-cr-0114-APG-PAL<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(Dkt. ##17, 25) |

       Defendant Jesus Antonio Diaz-Flores filed a motion to suppress all evidence seized during a traffic stop on April 8, 2015. (Dkt. #17.) After conducting an evidentiary hearing, Magistrate Judge Leen entered her Report of Findings and Recommendation recommending that the motion to suppress be denied. (Dkt. #25.) Mr. Diaz-Flores filed an Objection to the Report and Recommendation (Dkt. #30) and the Government filed a Response (Dkt. #31). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

       IT IS HEREBY ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation **(Dkt. #25) is accepted**. Mr. Diaz-Flores' motion to suppress **(Dkt. #17) is denied.**

Dated: February 5, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE